# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BENSON HARRISON O'BRIEN, III

NO. 2025 KW 0553

NOVEMBER 5, 2025

---

In Re:    Benson Harrison O'Brien, III, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 521,288.

---

BEFORE:   THERIOT, LANIER, AND MILLER, JJ.

**WRIT DENIED.** The record of the Office of the Clerk of Court of St. Tammany Parish reflects the district court is proceeding toward disposition of this court's instructions to hold a hearing to determine relator's competency at the time of the guilty plea.

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT